**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BONNIE WEBB, on behalf of plaintiff and a class, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDLAND CREDIT MANAGEMENT, INC., ) <br> MIDLAND FUNDING, LLC and ENCORE ) <br> CAPITAL GROUP, INC., ) <br> ) <br> Defendants. ) | Case No. 11-cv-5111 <br><br> Judge Joan H. Lefkow <br> Magistrate Judge Martin C. Ashman |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT AND RESET DATE FOR
SUBMISSION OF AGREED SCHEDULING ORDER**

Defendants MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC

and ENCORE CAPITAL GROUP, INC. (collectively "defendants"), by their attorneys David M.

Schultz and Clifford E. Yuknis of Hinshaw & Culbertson LLP, respectfully move this Honorable

Court: (1) for an additional 14-day enlargement of time to answer, move or otherwise plead to

Plaintiff's Class Action Complaint ("Complaint") to and including October 17, 2011 and (2) reset

the date for submission of agreed scheduling order. In further support of this motion, defendants

state as follows:

1. Plaintiff's Complaint purports to state claims against defendants for violations of the

Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (FDCPA).

2. Defendants' September 16, 2011 motion to enlarge (Doc. #22) was granted, and

Defendants' answer or other responsive pleading is due on October 3, 2011 (Doc. #24).

3. Defendants have evidence that indicates this matter is subject to arbitration.

4.      Defendants need the additional time to gather the necessary information from a third party in order to file a motion to compel arbitration and to stay these proceedings pending the completion of the arbitration.

5.      This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

6.      On September 23, 2011, this Court entered an order providing that a proposed agreed scheduling order be filed (Doc. #21).  If defendants file a motion to compel arbitration and stay proceedings and it is granted, there will be no need for the parties to submit an agreed scheduling order.

7.      Clifford E. Yuknis discussed this matter with Courtroom Deputy Michael Dooley, who suggested the approach set forth in this motion.  Opposing counsel Cassandra Miller informed Yuknis that she called Mr. Dooley on September 22, 2011 but he was not available.

WHEREFORE, Defendants MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC and ENCORE CAPITAL GROUP, INC. respectfully request that this Court grant it a 14-day enlargement of time up to and including October 17, 2011, to answer, move or otherwise plead to Plaintiff's Class Action Complaint and that the Court reset a date for the submission of an agreed scheduling order.

HINSHAW & CULBERTSON LLP

By: /s/ *Clifford E. Yuknis*
One of the Attorneys for Defendants
MIDLAND CREDIT MANAGEMENT,
INC., MIDLAND FUNDING, LLC and
ENCORE CAPITAL GROUP, INC.

David M. Schultz
Clifford E. Yuknis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
dschultz@hinshawlaw.com
cyuknis@hinshawlaw.com

130178591v1 0926450 62194

130178591v1 0926450 62194