**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANGELA FULLER | ) | |
| f/k/a ANGELA GRUBBS | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 11-cv-5111 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; MIDLAND FUNDING LLC; | ) | |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| formerly MCM CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>JOINT STIPULATION TO DISMISS</u>**

Plaintiff Angela Fuller, f/k/a Angela Grubbs, and Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc., formerly MCM Capital Group, Inc., hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and the class claims without prejudice.

Respectfully submitted,

| | |
|---|---|
| s/Cassandra P. Miller | s/ Jennifer Weller |
| Cassandra P. Miller | Jennifer Weller |
| | |
| Daniel A. Edelman | David Schultz |
| Cathleen M. Combs | Jennifer Weller |
| James O. Latturner | Hinshaw & Culbertson |
| Cassandra P. Miller | 222 North LaSalle Street, Suite 300 |
| EDELMAN, COMBS, LATTURNER | Chicago, IL 60601 |
| & GOODWIN, LLC | |
| 20 S. Clark St., Suite 1500 | |
| Chicago, Illinois  60603 | |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |
| courtecl@edcombs.com | |

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on February 23, 2015, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to each of the following parties:

David Schultz (dschultz@hinshawlaw.com)
Jennifer Weller (jweller@hinshawlaw.com)


                                                  s/ Cassandra P. Miller
                                                  Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com